JUDGE FRANK MONTALVO

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED

2018 MAR 23  PM 12: 03

...T COURT
...OF TEXAS

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| PETITIONER, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| REAL PROPERTY AND | § | |
| APPURTENANCES LOCATED AT | § | **EP18CV0094** |
| 11412 PHILIP DRIVE, SOCORRO, | § | |
| TEXAS 79927, WITH ALL | § | |
| IMPROVEMENTS AND | § | |
| ATTACHMENTS THEREON, | § | |
| | § | |
| RESPONDENT. | § | |

## VERIFIED COMPLAINT FOR FORFEITURE

Comes now Petitioner United States of America, acting by and through the United States

Attorney for the Western District of Texas and the undersigned Assistant United States Attorney,

pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions, Federal Rules of Civil Procedure, and respectfully states as follows:

### I.
### NATURE OF THE ACTION

This action is brought by the United States of America seeking forfeiture to the United

States of the property described below:

- Real property and appurtenances located at **11412 Philip Drive, Socorro, Texas 79927**, with all improvements and attachments thereon, more fully described as follows:

  **Lots 13 and 14, BLOCK 9, Friedman Estates Unit 1, an Addition to the City of El Paso, El Paso County, Texas, according to the plat thereof, recorded in Volume 37, Page 4, Plate Records of El Paso County, Texas,**

hereinafter referred to as the "Respondent Real Property."

## II.
## STATUTORY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Real Property for the violation of Title 21 U.S.C. § 856(a)(2), and subject to forfeiture to the United States pursuant to Title 21 U.S.C. § 881(a)(7).

**21 U.S.C. § 881. Forfeitures**
**(a) Subject Property**
The following shall be subject to forfeiture to the United States and no property right shall exist in them:
* * *
(7) All real property, including any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of this subchapter punishable by more than one year's imprisonment.

## III.
## JURISDICTION AND VENUE

Under 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and under 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Real Property under 28 U.S.C. §§ 1355(b) and 1395(b). Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A), because the acts or omissions giving rise to the forfeiture occurred in this District, and pursuant to 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b) because the Respondent Real Property was seized in this District.

## IV.
## FACTS IN SUPPORT OF FORFEITURE

On April 19, 2017, a Sealed Indictment (ECF No. 14) was returned against Defendant Ofelia Marmolejo ("Marmolejo"), in the Western District of Texas, El Paso Division, under Criminal Case Number: EP-16-CR-01298-FM for the violations of Title 21 U.S.C. §§ 846, 841(a)(1) and 856(a)(2). On December 20, 2017, a Superseding Indictment (ECF No. 433) was

returned against Marmolejo for the violations of Title 21 U.S.C. §§ 846, 841(a)(1), 856(a)(2) and 860.

On January 31, 2018, Marmolejo pled guilty to a Felony Information (ECF No. 479), pursuant to a written plea agreement, charging her with violation 18 U.S.C. § 4, Misprision of a Felony, and stated within the Factual Basis of the Plea Agreement that she, "...having knowledge of the actual commission of a felony cognizable by a Court of the United States, that is, while managing and controlling a building, room and enclosure, at 11412 Philip Drive, Socorro, Texas, as an owner and mortgagee, did knowingly and intentionally made available for use, with and without compensation, said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing, and using cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(2), within 1,000 feet of the real property comprising Campestre Elementary School, an elementary school, did conceal and did not, as soon as possible, make known the same to some judge or other person in civil or military authority under the United States, all in violation of Title 18, United States Code, Section 4."

As part of the written plea agreement, Marmolejo agreed to surrender and relinquish any and all rights, title and interest in, and all claims to the Respondent Property in order that said property may be disposed of by the United States of America in accordance with law. Marmolejo admitted and affirmed that the Respondent Property was used to facilitate the commission of the Title 21 violation as described in the factual basis. Specifically, violations of Title 21, United States Code, Sections 846 and 841, as wells as Title 21, United State Code, Section 856(a)(2). Marmolejo is set to be sentenced on April 24, 2018.

3

On or about August 26, 2014, and continuing through and including on or about June 28, 2016, in the Western District of Texas, Marmolejo, while managing and controlling a building, room and enclosure, at the Respondent Real Property, as an owner and mortgagee, she knowingly and intentionally made available for use, with and without compensation, said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing, and using cocaine, a schedule II controlled substance.

Specifically, instead of making it known that the Respondent Real Property was being used to distribute narcotics, Marmolejo actively engaged in concealing the crime from authorities. Marmolejo would relay information between co-conspirators about the presence of law enforcement in the community, package and store illicit proceeds from narcotics trafficking, and relay information about which co-conspirators were present and whether or not any dealing would take place.

Marmolejo admitted, while managing and controlling a building, specifically the Respondent Real Property, as the owner, she knowingly and intentionally made the Respondent Real Property available for the purpose of unlawfully manufacturing, storing, distributing, and using cocaine, a schedule II controlled substance. Furthermore, Marmolejo admitted the activity described above occurred with 1,000 feet of a school, specifically, Campestre Elementary School, in Socorro, Texas, which resides in the Western District of Texas.

Based upon the foregoing, the Respondent Real Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7), as property involved in violation of 21 U.S.C. § 856(a)(2).

## V.
## PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Real Property, that due notice, pursuant to Rule G(4), be

given to all interested parties to appear and show cause why forfeiture should not be decreed,[1]

that a warrant for an arrest in rem be ordered, that the Respondent Real Property be forfeited to

the United States of America, that the Respondent Real Property be disposed of in accordance

with the law, and for any such further relief as this Honorable Court deems just and proper.

Dated: March 23, 2018
        El Paso, Texas

                                    Respectfully submitted,

                                    JOHN F. BASH
                                    United States Attorney for the
                                    Western District of Texas

By:     _____
                                    Antonio Franco, Jr.
                                    Assistant United States Attorney
                                    Texas Bar No. 00784077
                                    700 E. San Antonio Ave., Suite 200
                                    El Paso, Texas 79901
                                    Tel: (915) 534-6884
                                    Fax: (915) 534-3461

---

[1]Appendix A, Notice of Complaint of Forfeiture, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Real Property.

## **VERIFICATION**

Special Agent, Kyle D. Antonitis, declares and says that:

I am a Special Agent with the Federal Bureau of Investigations, assigned to the El Paso Field Office, and I am the investigator responsible for the accuracy of the information provided in this complaint.

I have read the above Verified Complaint for Forfeiture and know the contents thereof based upon my personal participation in the investigation, my conversations with others, and my review of documents and other evidence. Based upon information and belief, the allegations contained in the Verified Complaint for Forfeiture are true and correct. Because the Verified Complaint is being submitted for the limited purpose of stating sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial, it does not contain every fact known by me or the United States. Where the actions, conversations, and statements of others are related therein, they are related in substance and in part, unless otherwise stated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this the 23 day of March, 2018.

Special Agent Kyle D. Antonitis
Federal Bureau of Investigations

6

RECEIVED

MAR 2 3 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

JUDGE FRANK MONTALVO

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| PETITIONER, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| REAL PROPERTY AND | § | |
| APPURTENANCES LOCATED AT | § | **EP18CV0094** |
| 11412 PHILIP DRIVE, SOCORRO, | § | |
| TEXAS 79927, WITH ALL | § | |
| IMPROVEMENTS AND | § | |
| ATTACHMENTS THEREON, | § | |
| | § | |
| RESPONDENT. | § | |

## NOTICE OF COMPLAINT FOR FORFEITURE

On March 23, 2018, the United States of America, by and through its United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, filed a Verified Complaint for Forfeiture against the property described below, which is also specifically described in the Verified Complaint for Forfeiture, and which is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7), as property involved in violation of 21 U.S.C. § 856(a)(2), namely:

- Real property and appurtenances located at **11412 Philip Drive, Socorro, Texas 79927**, with all improvements and attachments thereon, more fully described as follows:

    **Lots 13 and 14, BLOCK 9, Friedman Estates Unit 1, an Addition to the City of El Paso, El Paso County, Texas, according to the plat thereof, recorded in Volume 37, Page 4, Plate Records of El Paso County, Texas,**

hereinafter referred to as the "Respondent Real Property."

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice to any person who reasonably appears to be a potential

2

claimant shall be by direct notice. Accompanying this notice is the Verified Complaint forForfeiture which has been filed in this cause and which describes the Respondent Real Property. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Real Property who has received direct notice of this forfeiture action must file a Claim in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed. The Claim and Answer must be filed with the Clerk of the Court, 525 Magoffin, Suite 105, El Paso, Texas 79901, and copies of each must be served upon Assistant United States Attorney Antonio Franco, Jr., 700 E. San Antonio Ave, Suite 200, El Paso, Texas 79901, or default and forfeiture will be ordered. *See* 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**APPENDIX A**

**DATE NOTICE SENT:** _____

JOHN F. BASH
United States Attorney
for the Western District of Texas

By:     _____

Antonio Franco, Jr.
Assistant United States Attorney
Texas Bar No. 00784077
700 E. San Antonio Ave., Suite 200
El Paso, TX 79901
Tel: 915-534-6884
Fax: 915-534-3461

RECEIVED

MAR 2 3 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

JUDGE FRANK MONTALVO

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **PETITIONER,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | |
| **REAL PROPERTY AND** | § | |
| **APPURTENANCES LOCATED AT** | § | **EP18C⁻ ˙094** |
| **11412 PHILIP DRIVE, SOCORRO,** | § | |
| **TEXAS 79927, WITH ALL** | § | |
| **IMPROVEMENTS AND** | § | |
| **ATTACHMENTS THEREON,** | § | |
| | § | |
| **RESPONDENT.** | § | |

**ORDER TO POST NOTICE OF COMPLAINT**
**FOR FORFEITURE OF RESPONDANT REAL PROPERTY AND FOR NOTICE**

WHEREAS an Verified Complaint for Forfeiture *in rem* was filed on March 23, 2018

against the Real Property located and situated at **11412 Philip Drive, Socorro, Texas 79927,**

with all buildings, appurtenances, and improvements thereon and any and all surface and sub-

surface rights, title and interests, hereinafter referred to as the "Respondent Real Property,"

which is also more fully described in the Verified Complaint for Forfeiture, alleging that the

Respondent Real Property is subject to forfeiture to the United States of America pursuant to

Title 21 U.S.C § 881(a)(7) for violation of Title 21 U.S.C. § 856(a)(2). IT IS THEREFORE

ORDERED that the Department of Homeland Security for the Western District of Texas,

or other authorized law enforcement officer or any other person or organization authorized by

law, be commanded to post the Notice of Complaint for Forfeiture in accordance with Rule G of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

Fed.R.Civ.P., and Title 18 U.S.C. § 985(c)(1)(B), by affixing a copy of the Notice of Complaint

for Forfeiture in this action, in a conspicuous place upon the premises and, if applicable, by leaving a copy of the Notice of Complaint for Forfeiture and accompanying documents with the occupant of the premises, if any, until further order of the Court, and to make my return as provided by law and said Order has been executed.

SIGNED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
REAL PROPERTY AND APPURTENANCES LOCATE AT 11412 PHILIP DR., SOCORRO, TEXAS 79927, WITH ALL IMPROVEMENTS AND ATTACHMENTS THEREON

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant __EL PASO COUNTY__
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Antonio Franco, Jr., Assistant United States Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901        (915) 534-6884

Attorneys *(If Known)*

## EP18CV0094

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                               *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. § 881(a)(7)
Brief description of cause:
Property used to facilitate violations of 21 U.S.C. § 856(a)(2)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  FRANK MONTALVO

DOCKET NUMBER  EP-16-CR-1298-FM

DATE
03/23/2018

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____